IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Wheeler Financial, | |
|---|---|
| Plaintiff(s), | |
| v. | Case No. 16-cv-10591<br>Judge Robert M. Dow |
| Landmark Financial, | |
| Defendant(s). | |

**ORDER**

Based on the discussion held on the record at the status hearing on 1/25/2017, including the arguments concerning this Court's jurisdiction and the representation that the case has settled, Plaintiff's oral motion to remand [see 5] is granted. This case is remanded to the Circuit Court of Cook County. Once the case file is returned to the Circuit Court, it is anticipated that the parties will file a stipulation of dismissal in state court. In addition, the motion by Attorney Wersant to withdraw as attorney for Defendant [6] is granted. The Clerk is directed to send a copy of this order to Landmark Financial Solutions, LLC, c/o Roger Hoss, Manager, 1777 Botelho Drive, Suite 200, Walnut Creek, CA 94596. Civil case terminated.

Date: 1/31/2017  /s/ Robert M. Dow, Jr.
United States District Judge